Betty Jean MYERS, Plaintiff–
Appellant,

v.

PHILIP MORRIS COMPANIES, INC.;
Brown & Williamson Tobacco Company Corp.; R.J. Reynolds Tobacco Company, Defendants–Appellees.

No. 99–17383.

United States Court of Appeals,
Ninth Circuit.

Submitted * Dec. 15, 2000.

Submission Withdrawn and Deferred, Certified to California Supreme Court, Feb. 14, 2001.

Certification to California Supreme Court Amended, March 28, 2001.

Filed Sept. 30, 2002.

Andre P. Gaston, Bourdette & Partners, Visalia, CA, for appellant Betty Jean Myers.

Keith D. Kessler, Howard, Rice, Nemerovski, Canady, Falk & Rabkin, San Francisco, CA, for appellee R.J. Reynolds.

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed.

R.App. P. 34(a)(2).

Viken Hovsepian; Viken Yacoubian, Plaintiffs–Appellees,

v.

United States of America; United States Immigration and Naturalization Service, Defendants–Appellants.

Nos. 99–50041, 01–55247, 99–56922, 00–55320.

United States Court of Appeals, Ninth Circuit.

Argued Feb. 6, 2001.

Submission Deferred Feb. 15, 2001.

Reargued and Submitted Dec. 11, 2001.

Filed Sept. 30, 2002.

UNITED STATES of America, Plaintiff–Appellant,

v.

Viken HOVSEPIAN; Viken Yacoubian, Defendants–Appellees.

Viken Hovsepian, Plaintiff–Appellee,

v.

United States of America; United States Immigration and Naturalization Service, Defendants–Appellants.

Before BOOCHEVER, O'SCANNLAIN, and TASHIMA, Circuit Judges.

## OPINION

PER CURIAM.

In light of the answer given to the question certified to the Supreme Court of California, *Myers v. Phillip Morris Cos.*, 239 F.3d 1029 (9th Cir.2001), this case is REMANDED to the District Court for further proceedings consistent with *Myers v. Philip Morris Cos.*, 28 Cal.4th 828, 123 Cal.Rptr.2d 40, 50 P.3d 751 (2002) and *Naegele v. R.J. Reynolds Tobacco Co.*, 28 Cal.4th 856, 123 Cal.Rptr.2d 61, 50 P.3d 769 (2002).